UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CREDITORS TRADE ASSOCIATION, INC.,

    Plaintiff(s),

    v.

GLOBALWARE SOLUTIONS, INC., et al.,

    Defendant(s).
_____/

No. C 11-4258 PJH

**ORDER TO SHOW CAUSE**

    The complaint in this matter was filed on August 29, 2011, and on the same day, summonses were issued for defendants and a scheduling order setting a case management conference for December 9, 2011 was filed. On September 20, 2011, the summonses were returned executed. However, no answers were filed by any defendant. At the December 9, 2011 case management conference, no appearance was made by any party. The case was subsequently reassigned to the undersigned judge because no consent to the then assigned magistrate judge had been received. A new scheduling order was filed on December 14, 2011, setting a new case management conference for January 12, 2012. Again, no appearance was made by any party. Even though defendants have been served and appear to have defaulted, since it is plaintiff's responsibility to prosecute this matter and because plaintiff has chosen not appear in response to the court's orders not once but twice and has not otherwise sought defendants' default, the court hereby

    ORDERS plaintiff to appear and show cause why this case should not be dismissed for failure to prosecute. The hearing on the order to show cause is set for **January 26, 2012, at 2:00 p.m.** If plaintiff fails to appear again, this matter will be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

Dated: January 13, 2012

                                                              _____
                                                               PHYLLIS J. HAMILTON
                                                               United States District Judge