UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CREDITORS TRADE ASSOCIATION, INC.,

      Plaintiff(s),    No. C 11-4258 PJH

  v.    **JUDGMENT**

GLOBALWARE SOLUTIONS, INC., et al.,

      Defendant(s).
_____/

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: January 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge